| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| Case number (*If known*): _____ Chapter 15 |

❑ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**  _____

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ❑ Federal Employer Identification Number (EIN)  \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

   ❑ Other _____. Describe identifier _____.

   **For individual debtors:**

   ❑ Social Security number:   xxx – xx– \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ❑ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ❑ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  _____

5. **Nature of the foreign proceeding**

   *Check one:*

   ❑ Foreign main proceeding
   ❑ Foreign nonmain proceeding
   ❑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ❑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ❑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ❑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ❑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ❑ Yes

Debtor _____    Case number (*if known*)_____
        Name

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

    (i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL)  _____

**11. Type of debtor**

*Check one:*

❑  Non-individual (*check one*):

    ❑  Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑  Partnership

    ❑  Other. Specify: _____

❑  Individual

Debtor _____   Case number *(if known)* _____
        Name

| | |
|---|---|
| **12. Why is venue proper in *this district*?** | *Check one:*<br>☐ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:<br>_____.<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>_____. |
| **13. Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>✗ _____     _____<br>   Signature of foreign representative                                    Printed name<br><br>Executed on  _____<br>                  MM / DD / YYYY<br><br>✗ _____     _____<br>   Signature of foreign representative                                      Printed name<br><br>Executed on  _____<br>                  MM / DD / YYYY |
| **14. Signature of attorney** | ✗ _____     Date  _____<br>   Signature of Attorney for foreign representative                   MM / DD / YYYY<br><br>_____<br>Printed name<br>_____<br>Firm name<br>_____<br>Number     Street<br>_____     _____  _____<br>City                                                        State          ZIP Code<br>_____     _____<br>Contact phone                                            Email address<br><br>_____  _____<br>Bar number                                                 State |