**ORDERED.**

Dated:  December 05, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| Funmilayo Ojuolape Adegbuyi-Jackson | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | Case No.:  6:24-bk-06355 |
| In re: | |
| Abayomi Adegbuyi-Jackson | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | Case No.: 6:24-bk-06356 |
| In re: | |
| Ojuolape Arcade Ltd. (In Liquidation) | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | Case No.: 6:24-bk-06357 |

**ORDER DIRECTING JOINT ADMINISTRATON OF CASES**

This matter came on for hearing on November 26, 2024, at 2:00 p.m. (the "Hearing"), upon the Motion for Joint Administration [Docket No. 7] (the "Motion") filed by the Foreign Representatives—Jason Ainge, Paul Stanley, and Robert Armstrong, as the Joint Trustees of the bankruptcy estates of Funmilayo Ojuolape Adegbuyi-Jackson ("Funmilayo") and Abayomi Adegbuyi-Jackson ("Abayomi") and Jason Ainge, Paul Stanley, and Gareth Howarth, as Joint Liquidators of Ojuolape Arcade Ltd. ("Ojuolape Arcade", and together with Funmilayo and Abayomi, the "Debtors")—seeking the joint administration of the Debtors' Chapter 15 Cases pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Local Bankruptcy Rule 1015-1.

The Court, having reviewed the Motion, the record, and being otherwise duly informed, finds that the Debtors' petitions for recognition identified in the caption of this Order are related. Further, based on the Foreign Representatives' representations that the individual Debtors are spouses and affiliates, that Funmilayo is the owner of Ojuolape Arcade, that their Chapter 15 cases are related, and that joint administration will not give rise to conflict of interest among the cases being jointly administered, it appears that these cases should be jointly administered as authorized under Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1.

Accordingly, it is ORDERED that:

1. The Motion is **GRANTED**.

2. The above-captioned Chapter 15 cases shall be jointly administered and *In re: Funmilayo Ojuolape Adegbuyi-Jackson*, Case No.: 6:24-bk-06355 shall be designated the "lead case." For the avoidance of doubt, the joint administration of the Chapter 15 proceedings does not constitute substantive consolidation of the Debtors and/or their estates.

3. A single case docket and court file will be maintained hereafter under the lead case number, *In re: Funmilayo Ojuolape Adegbuyi-Jackson*, Case No.: 6:24-bk-06355, and hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

4. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
ORLANDO DIVISION<br>
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Funmilayo Ojuolape Adegbuyi-Jackson | Chapter 15<br>Case No.: 6:24-bk-06355<br>Jointly Administered with |
| Abayomi Adegbuyi-Jackson | Case No.: 6:24-bk-06356 |
| Ojuolape Arcade Ltd. (In Liquidation) | Case No.: 6:24-bk-06357 |

Debtors in a Foreign Proceeding.

_____/

5. The Clerk of Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

6. A docket entry shall be made in each of the cases as follows:

An Order has been entered in this case directing the procedural and joint administration of the Chapter 15 cases of Funmilayo, Abayomi, and Ojuolape Arcade, and the docket in *In re: Funmilayo Ojuolape Adegbuyi-Jackson* shall be consulted in all matters affecting or relating to these cases.

# # #

Submitted by:
Juan J. Mendoza, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone:     (305) 372-8282
Facsimile:      (305) 372-8202
E-Mail:          jmendoza@sequorlaw.com

*(Attorney Juan J. Mendoza is directed to serve a copy of this Order on all interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order)*